UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

U.S. AGRI-CHEMICALS CORP.,

    Plaintiff,

v.                           Case No.: 8:08-cv-1487-T-33EAJ

SHAW ENVIRONMENTAL, INC.,

    Defendant.

_____/

**ORDER**

The parties' Joint Stipulation and Motion for Dismissal with Prejudice (Doc. 29) is before the Court for consideration. The parties inform the Court that they have settled this case and seek an order dismissing it with prejudice, with each party to bear their respective attorneys' fees and costs.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

This case is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>9th</u> day of September 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record